## Martin PICHA, Plaintiff–Appellant,

v.

## MIDPENINSULA REGIONAL OPEN SPACE DISTRICT; et al., Defendants–Appellees.

No. 00–15193.

D.C. No. CV–98–20581–SW.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.[*]

Decided April 18, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

### MEMORANDUM [**]

Martin Picha appeals pro se the district court's summary judgment in favor of defendants in Picha's 42 U.S.C. § 1983 action

alleging malicious prosecution. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo grants of summary judgment. *See Robi v. Reed*, 173 F.3d 736, 739 (9th Cir.), *cert. denied*, 528 U.S. 952, 120 S.Ct. 375, 145 L.Ed.2d 293 (1999). We affirm.

The district court did not err by finding defendant Schectman protected by absolute immunity, *see Morley v. Walker*, 175 F.3d 756, 759 (9th Cir.1999), defendants Newburn and other District employees protected by qualified immunity, *see Newell v. Sauser*, 79 F.3d 115, 117 (9th Cir. 1996), and the District not liable under *Monell v. Dep't of Social Servs.*, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). Also, the district court properly granted summary judgment on Picha's claims of conspiracy and denial of the right to a fair trial.

AFFIRMED.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.